MARTIN R. KRESS, by JONAS KRESS, His Guardian ad Litem, and JONAS KRESS, Respondents, v. MELCROFT CORPORATION, Appellant.— In an action brought by an infant to recover damages for personal injuries sustained through the alleged negligence of the defendant, and by the father of the infant to recover damages

for loss of his services, order denying defendant's motion, made pursuant to subdivision 2 of section 193 of the Civil Practice Act, to bring in a third party as a defendant, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.